UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT L. GOULDING,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DENNIS KAEMINGK, SECRETARY OF CORRECTIONS AT SD DEPARTMENT OF CORRECTIONS, INDIVIDUAL AND OFFICIAL CAPACITY; DARIN YOUNG, WARDEN AT SDSP, INDIVIDUAL AND OFFICIAL CAPACITY; HOPE JOHNSON, LANA JACKSON, UNIT COORDINATOR AT SDSP, INDIVIDUAL AND OFFICIAL CAPACITY; AND JENNIFER DREISKE, DEPUTY WARDEN AT SDSP, INDIVIDUAL AND OFFICIAL CAPACITY;<br><br>　　　　　Defendants. | 4:14-CV-04151-KES<br><br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

　　Plaintiff, Robert L. Goulding, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to Magistrate Judge Veronica Duffy pursuant to 28 U.S.C. § 636(b)(1)(B) for the purpose of conducting any necessary hearings, including evidentiary hearings.

　　On September 23, 2016, Magistrate Judge Duffy submitted her report and recommended that defendants' unopposed motion for summary judgment on all claims. Plaintiff was notified in the report and recommendation that he had 14 days to file objections to the report. Even though no objections were filed that would require de novo review under *Thompson v. Nix,* 897 F.2d 356

(8th Cir. 1990), the court reviewed the matter de novo and finds that the magistrate judge's report and recommendation is adopted in full. Therefore, it is

ORDERED that the report and recommendation of Magistrate Judge Duffy (Docket 54) is adopted in full.

IT IS FURTHER ORDERED that defendants' motion for summary judgment on all claims is granted.

Dated October 25, 2016.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE